1
2
3                    UNITED STATES DISTRICT COURT
4                   NORTHERN DISTRICT OF CALIFORNIA
5
6   ORLANDO GARCIA,                        Case No. 4:21-cv-05038 HSG
7        Plaintiff,                        ORDER
8   vs.
9   JESSICA J. KWON, CHI Y. MOON and
10  KEREN   CORPORATION,   a   California
    corporation,
11       Defendants.
12
13  _____/
14
        Having reviewed the parties' joint stipulation and finding good cause therefore, the Court grants
15
    the parties' request to extend the deadline for conducting a settlement meeting to December 28, 2021;
16
    filing of the Notice of Need for Mediation seven days from December 28, 2021, and vacate the pending
17
    motion for administrative relief.
18
19
20
    **IT IS SO ORDERED.**
21
22
23
    Dated:  11/23/2021              Haywood S. Gill Jr.
24                                  HONORABLE HAYWOOD S. GILLIAM JR.
                                    UNITED STATES DISTRICT JUDGE
25
26
27
28
    ORDER, CASE # 4:21-cv-05038 HSG